UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 16 2023 ★
LONG ISLAND OFFICE

YESSUH SUHYES HUSSEY
"CUSTOMER OF GUITAR CENTER SINCE 2014"

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

MARIO SALGADO => IN RELATION TO THE ARRESTING OFFICERS OF THE 13 PRECINCT => PO MICHAEL GABRIELE => 3344 & PO => AO'S PARTNER THOMAS WARD => SHIED # ~~3344~~ 21847

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV 23-2168**

JURY DEMAND
YES ✓   NO ___

CASE: 1:22-CV-06566 -PKC-LB

Chen, J.
Bloom, M.J.

FILED W/ 2 ATTACHMENTS IN RELATION TO MARIO SALGADO

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** YESSUH SUHYES HUSSEY

If you are incarcerated, provide the name of the facility and address:

ANNA M KROSS CENTER
1818 HAZEN STREET, RIKER ISLAND
EAST ELMHURST 11370

Prisoner ID Number: NYSID # 15124253/2
B & C # 3492102369

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _NONE_____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1    _MARIO SALGTADO_____
                   Full Name

                   _CUSTOMER_____
                   Job Title

                   _NOT AVAILABLE ON DISCOVERY_
                   _INFORMATION => REDACTED_____
                   Address


Defendant No. 2    _____
                   Full Name

                   _____
                   Job Title

                   _____

                   _____
                   Address


Defendant No. 3    _____
                   Full Name

                   _____
                   Job Title

                   _____

2

|                    |                  |
|--------------------|------------------|
|                    | Address          |
| Defendant No. 4    |                  |
|                    | Full Name        |
|                    |                  |
|                    | Job Title        |
|                    |                  |
|                    |                  |
|                    | Address          |
| Defendant No. 5    |                  |
|                    | Full Name        |
|                    |                  |
|                    | Job Title        |
|                    |                  |
|                    |                  |
|                    | Address          |

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _INSIDE OF 25 WEST 14 STREET => MANHATTAN NY 10011_

When did the events happen? (include approximate time and date) _13:29 PM AUGUST 03, 2021_

Facts: (what happened?) NARRATIVE ON FILE "ON OR ABOUT 08/03/2021 AT ABOUT 1:08 PM, INSIDE W 25TH 14 ST GUITAR CENTER NYS, THE DEFENDANT INTENTIONALLY DAMAGED PROPERTY OF ANOTHER IN AN AMOUNT EXCEEDING $1,500.00¢ DOLLARS WHILE HAVING NO RIGHT TO DO SO, NOT ANY REASONABLE GROUND TO BELIEVE THAT HE HAD RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT HE AND SHE HAD SUCH RIGHT, DAMAGED PROPERTY OF ANOTHER PERSON IN AN AMOUNT EXCEEDING $250 DOLLARS; THE DEFENDANT INTENTIONALLY ATTEMPTED TO PREVENT A POLICE OFFICER AND PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF AND ANOTHER PERSON." ← THIS IS ALL FALSE INFORMATION I DID NOT BREAK 8 MACBOOKS RESULTING IN $16,000.00¢ DOLLARS IN DAMAGE. AND I WAS NOT RESISTING ARRESTING, I WAS AWARE THAT I WAS BEING WRONGFULLY ARRESTED AND ATTACKED BY OFFICERS EVEN THOUGH I DID NOT TRY TO RAN AWAY.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received? MENTAL CRUELTY AND PHYSICAL ABUSIVE ARREST FROM THE ARRESTING OFFICERS DUE TO THEM RESPONDING TO A FALSE AND MISLEADING STATEMENT FROM MARIO SALGADO.

4

**III.** **Relief:** State what relief you are seeking if you prevail on your complaint.

I ORDER THE MONETARY COMPENSATION OF ABOUT $10,000,000.00¢ DOLLARS IN THIS LEGAL MATTER; TO BE PERMITTED BY THE FEDERAL COURT.

I declare under penalty of perjury that on 01/05/2023, I delivered this complaint to prison authorities at ANNA M KROSS CENTER to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/05/2023

Signature of Plaintiff

ANNA M KROSS CENTER
Name of Prison Facility or Address if not incarcerated

1818 HAZEN STREET

EAST ELMHURST 11370

RIKER ISLAND
Address

NYSID# 15124253/2   B&C# 3492102369
Prisoner ID#

rev. 12/1/2015

5

JAIL ADDRESS - ANNA M KROSS CENTER 1818 HAZEN STREET EAST ELMHURST 11370.

*SOCIAL SECURITY - ***-**-9493

*THIS CLAIM INVOLVES THE FOLLOWING PEOPLE COMPANIES CORPORATIONS AND/ AGENCIES:
THE 13TH PRECINCT & THE OFFICERS OF THE NEW YORK POLICE DEPARTMENT OF THE CITY OF NEW YORK

JANE AND JOHN DOE'S => ARRESTING OFFICERS (THE INDICTMENT IS UNLAWFUL)

*THE NATURE OF MY CLAIM IS
THAT THE ARREST # M21623393 ON 08/03/2021 APPROX- 13:29 PM, CASE # 01814-2021, DOCKET # CR-017316- 21NY => THE ARREST IS FALSE & UNLAWFUL BECAUSE I AM STILL INCARCERATED & WAS FORCED INTO JAIL BECAUSE I WAS FALSELY ACCUSED OF BREAKING & COMPUTERS IN GUITAR CENTER AT 14 STREET UNION SQUARE. EVEN THOUGH THE ARREST IS UNLAWFUL IN THIS NATURE PERTAINING TO PL 145.10 CRIMINAL MISCHIEF 2ND DEGREE, (2.) PL 145.05 3RD DEGREE & (3.) PL 205.30 - RESISTING ARREST.

ADDITIONAL SHEETS OF PAPER WERE ATTACHED IF NCESSARY.

THE TOTAL AMOUNT TO BE COMPENSATED FOR IS $10,000,000.00¢

STATED BY CLAIMANT YESSUH SUHYES HUSSEY PURSUANT TO THE LAW.

IF MORE THAN ONECLAIM WAS MADE A DETAILED RESPONSE AND A SEPERATE CLAIM FOR EACH INCIDENT IS PROVIDED.

I WATCHED MY DISCOVERY AND I AM EVEN MORE CERTAIN THAT I WAS NOT RESISTING ARREST, THE COPS WERE BRUTAL, AGGRESSIVE & HARMFUL. EXCESSIVE FORCE WAS USED AS A RESULT OF THEM RESPONDING TO A FALSE CLAIM BY MARIO SALGADO WHOM I DID NOT COME ACROSS IN THE STORE WHOM ACTUALLY LIED ABOUT THE COMPUTERS & ALSO LIED IN MY DISCOVERY SAYING THAT I THREATENED HIM => THAT PART IS ALSO FALSE.

CLAIMANT SIGNATURE   Hussey YESSUH SUHYES HUSSEY

DATE OF SIGNATURE    1-3-2023

DATE SWORN BEFORE THE NOTARY   1-3-2023

NOTARY SIGNATURE    Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6023177
Qualified in Queens County
Commission Expires April 19, 20__

## VERIFICATION

*I YESSUH SUHYES HUSSEY BEING DULY SWORN CONFIRMS AND SAYS THAT I AM THE AFOREMENTIONED CLAIMANT. I HAVE SERVED THIS FOREGOING NOTICE AND IT IS MY INTENTION TO FILE THIS CLAIM AGAINST THE CITY AND STATE OF NEW YORK AND KNOW THE CONTENTS OF MY CLAIMS. BASE ON MY RECOLLECTION OF MEMORY AND MY OWN KNOWLEDGE OF THE SIT-UATION OF THE INCIDENTS THAT OCCURED. YOU ARE HEREBY NOTIFIED THAT MY STATEOF CLAIMS IS NOT A PRODUCT OF DELUSION NOR FANTASY AND IS IN FACT REAL; IT IS NOT TO HARASS NOR TO BE MALICIOUS.
... - IN ANY WAY, RESPECTFULLY THIS CLAIM IS BEING FILED AS SUCH

*CLAIMANT  YESSUH SUHYES HUSSEY

SIGNATURE  *yhussey*

*SWORN TO ME ON THIS DAY  3rd  OF  January, 2023

*SIGNATURE OF NOTARY  Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6025177
Qualified in Queens County
Commission Expires April 19, 20__23

## AFFIDAVIT OF SERVICE

*FILED FROM THE STATE OF NEW YORK COUNTY OF  QUEENS

*I YESSUH SUHYES HUSSEY, PLAINTIFF AGAINST  NYPD 13 PRECINCT / JOHN & JANE DOE'S  THE DEFENDANT.
BEING DULY SWORN CONFIRMS AND SAYS, THAT I AM THE CLAIMANT ABOVE AND MENTIONED THROUGHOUT THE CIVIL ACTION NUMBER

1:22-CV-06566-PKC-LB

THE NOTICE OF CLAIM HEREBY FILED ON THIS DAY OF  12/28/2022
SERVED BY CERTIFIED MAIL TRACKING NUMBER  7022-2410-0003 -0117-6721   AND RECEIPT NUMBERS  9590-9402-7615 2122-9541-58

DOCKET # CR-017316-21NY, CASE # 01814-2021
AUTHORIZED BY A
INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE FORM.

THIS IS AN AUTHENTIC COPY DECLARING MY FIRM INTENT TO PROCEED WITH THE FILING OF A CIVIL ACTION AGAINST  NYPD 13 PRECINCT ARRESTING OFFICERS JANE & JOHN DOE
BY SUBMITTING THIS AUTHORIZED CLAIM TO THE STATE OF THE COMPTROLL-ER OFFICE 110 STATE STREET, ALBANY NEW YORK 12236-0001. FROM THIS DAY ON FURTHER!

*MICHAEL GABRIELE
*THOMAS WARD

*CLAIMANT  YESSUH SUHYES HUSSEY

*SIGNATURE  *yhussey*

*SWORN TO ME ON THIS DAY  3rd  OF  January, 2023

*SIGNATURE OF NOTARY  Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6025177
Qualified in Queens County
Commission Expires April 19, 20__23

- JAIL ADDRESS - ANNA M KROSS CENTER 1818 HAZEN STREET EAST ELMHURST 11370.

- *SOCIAL SECURITY - ***-**-9493

*THIS CLAIM INVOLVES THE FOLLOWING PEOPLE COMPANIES CORPORATIONS AND/ AGENCIES:    MARIO SALGADO

*THE NATURE OF MY CLAIM IS
THAT ON AUGUST 03 2021 WHEN SHOPPING AROUND AT GUITAR CENTER WHERE IVE BEEN LEGALLY BUYING & SELLING GOODS SINCE 2014 => IN 2021 A STRANGER THAT IVE ALSO NEVER MET IN MY ENTIRE LIFE BESIDES SEEING HIM ON MY DISCOVERY FOOTAGE LIED ABOUT ME BREAKING 8 COMPUTERS THAT CLEARLY WASNT WORKING WHEN I GOT TO THE STORE LESS THAN 15 MINUTES AFTER MY ARREST & ARRIVED TO GUITAR CENTER.

ADDITIONAL SHEETS OF PAPER WERE ATTACHED IF NCESSARY.

THE TOTAL AMOUNT TO BE COMPENSATED FOR IS $1,000,000.00

STATED BY CLAIMANT YESSUH SUHYES HUSSEY PURSUANT TO THE LAW.

IF MORE THAN ONECLAIM WAS MADE A DETAILED RESPONSE AND A SEPERATE CLAIM FOR EACH INCIDENT IS PROVIDED.

MARIO SALGADO LIED SEVERAL TIMES => AT ONE POINT HE SAID I THREATENED HIM! IN THE STORE => I READ THIS IN MY DISCOVERY FILE HOWEVER I AM 100% CERTAIN THAT I DID NOT CONVERSE NOR TOOK NOTICE OF HIS PRESENCE IN THE FIRST PLACE => THE CAMERAS CAN PROVE THAT THERE WAS NO CONVERSING. IT IS MY DECISION TO SUE.

CLAIMANT SIGNATURE  yhussey/ YESSUH SUHYES HUSSEY

DATE OF SIGNATURE   1-3-2023

DATE SWORN BEFORE THE NOTARY   1-3-2023

NOTARY SIGNATURE   Michael Veal

MICHAEL C. VEAL
Notary Public, State of New York
No. 01VE6023177
Qualified in Queens County
Commission Expires April 19, 2023

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.
AGAINST => LOUIS A. MOLINA
DEFENDANT THE COMISSIONER OF THE DEPARTMENT OF CORREC-TION
DAY OF INCIDENT 10/18/2021, 01/05/2022, 08/19/2021
02/26/2022   01/18/2022   07/01/2022, 04/03/2022
TIME OF THE INCIDENT SEVERAL TIMES => TIMES VARY
THIS. IS EXACTLY WHAT HAPPENED I WAS UNLAWFULLY INCARCERATED AND FORCEFULLY PUT ON RIKER ISLAND & WRONGFULLY INDICTED PERTAINING TO DOCKET NUMBERS CR-011342-21KN & DOCKET # CR-017316-21NY 1ST KINGS COUNTY THEN NEW YORK COUNTY. WHILE REMANDED AND ON THE RIKER ISLAND IN OBCC AND AMKC I WAS STABBED SEVERAL TIMES. EXCESSIVELY ABUSED BY STAFF & REPEATEDLY CONSPIRED AGAINST, I WAS ALSO SEXUALLY ABUSED AND ASSAULTED BY STAFF, UNCONSENTUALLY TOUCHED ON MY PRIVATE AREAS, WRONGFULLY AND UNLAWFULLY, MY FOURTH AMENDMENT WAS VIOLATED A FEW TIMES & MY INITIAL PROPERTY THAT I WAS ARRESTED IN SUCH AS MY SHOES/SNEAKERS WAS MISPLACED & INTENTIONA-LLY NOT VOUCHERED BY CAPTAIN LIBRARY IN OBCC.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE  *Yhussey*

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $50,000,000.00¢ MINIMUM

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.
AGAINST => LOUIS A. MOLINA
DEFENDANT THE COMMISSIONER OF THE DEPARTMENT OF CORRECTION

DAY OF INCIDENT SEVERAL TIMES . 07/01/2022, 04/03/2022

TIME OF THE INCIDENT 10/18/2021, 01/05/2022, 02/26/2022, 01/18/2022
08/19/2023

THIS IS EXACTLY WHAT HAPPENED WHILE IN D.O.C CUSTODY STAFF SUCH AS CORRECTION OFFICERS WERE NEGLIGENT & INVOLVED IN CERTAIN SITUATIONS IN WHICH I WAS HARMED => THE CONDITIONS OF THE FACILITIES WERE AND STILL IS SICKENING, SUCH AS THE FLOORS THE BATHROOMS, THE BEDS & EVEN THE TRANSPORTATION BUSES ARE FILLED WITH DEBRIS, EXCESSIVE AMOUNT OF DUST URINE & DEFICATION. I WAS ALSO LOCKED IN INTAKE OF OBCC FOR A TOTAL OF 18 DAYS, 3 DIFFERENT TIMES FROM AUGUST 03 2021 TO SEPTEMBER 13 2021 FOR A DURATION OF 6 DAY 3 DIFFERENT TIMES. WHILE IN THE INTAKE I WAS SPRAYED OVER 3 TIMES => THE TOILETS WERE CLOGED UP AND THERE WAS NO WHERE TO SLEEP BUT THE FLOOR.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE *[signature]*.

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $1,000,000.00 ¢

JAIL ADDRESS - ANNA M KROSS CENTER 1818 HAZEN STREET EAST ELMHURST 11370.

*SOCIAL SECURITY - ***-**-9493

*THIS CLAIM INVOLVES THE FOLLOWING PEOPLE COMPANIES CORPORATIONS AND/ AGENCIES:

DEPUTY WARDEN OF ANNA M KROSS CENTER 1818 HAZEN STREET EAST ELMHURST 11370 AND THE CHIEF DEPUTY WARDEN OF OTIS BANTUM CORRECTIONAL CENTER 1600 HAZEN ST

*THE NATURE OF MY CLAIM IS

THAT THE BATHROOM, SHOWERS, AND THE TOILET AND SLEEPING AREA'S OF THE DORMS AND CELLS OF ALL HOUSING AREAS THAT I'VE BEEN ON RIKER ISLAND FOR EXAMPLE: (4 SOUTH WEST, 4 SOUTH, 3 NORTH, 1 WEST, 4 UPPER => O.B.C.C) AND (1 TOP, 3 TOP, 4 TOP, WEST 17TH LOWER, AND 12 MOD A OF A.M.K.C) HAVE ALL BEEN UNHEALTHY IN GENERAL AND PERSONALLY SEVERELY BAD COMPARED TO

ADDITIONAL SHEETS OF PAPER WERE ATTACHED IF NCESSARY.

THE TOTAL AMOUNT TO BE COMPENSATED FOR IS $10,000,000.00¢

STATED BY CLAIMANT YESSUH SUHYES HUSSEY PURSUANT TO THE LAW.

IF MORE THAN ONECLAIM WAS MADE A DETAILED RESPONSE AND A SEPERATE CLAIM FOR EACH INCIDENT IS PROVIDED.

THE QUALITY OF LIFE THAT I WAS RAISED IN, IT IS AFFECTING MY HEALTH AND I HAVE ALWAYS TRIED TO BE CONSISTENT WITH CLEANING THE LISTED AREAS THAT I HAVE BEEN TO EVEN WITHOUT BEING PAID AND THE AMOUNT I GOT PAID FOR HOUSE DETAIL & SERVING FOOD HAVE BEEN SIGNIFICANTLY LESS THAN MINIMUM WAGE. IN ADDITION TO LOST WAGES.

CLAIMANT SIGNATURE
YESSUH SUHYES HUSSEY  /s/ Y. Hussey

DATE OF SIGNATURE   01/19/2023

DATE SWORN BEFORE THE NOTARY   19th Jan. 23

NOTARY SIGNATURE   /s/ Helen Danesi Osumah
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OS6404665
Qualified in Queens County
My Commission Expires 2/22/26

## VERIFICATION

*I YESSUH SUHYES HUSSEY BEING DULY SWORN CONFIRMS AND SAYS THAT I AM THE AFOREMENTIONED CLAIMANT. I HAVE SERVED THIS FOREGOING NOTICE AND IT IS MY INTENTION TO FILE THIS CLAIM AGAINST THE CITY AND STATE OF NEW YORK AND KNOW THE CONTENTS OF MY CLAIMS. BASE ON MY RECOLLECTION OF MEMORY AND MY OWN KNOWLEDGE OF THE SIT-UATION OF THE INCIDENTS THAT OCCURED. YOU ARE HEREBY NOTIFIED THAT MY STATEOF CLAIMS IS NOT A PRODUCT OF DELUSION NOR FANTASY AND IS IN FACT REAL; IT IS NOT TO HARASS NOR TO BE MALICIOUS. ... - IN ANY WAY, RESPECTFULLY THIS CLAIM IS BEING FILED AS SUCH

*CLAIMANT YESSUH SUHYES HUSSEY

SIGNATURE Yhussey

*SWORN TO ME ON THIS DAY _____ OF _____

*SIGNATURE OF NOTARY _____

### AFFIDAVIT OF SERVICE

*FILED FROM THE STATE OF NEW YORK COUNTY OF QUEENS

*I YESSUH SUHYES HUSSEY ; PLAINTIFF AGAINST AMKC & OBCC THE DEFENDANT.
BEING DULY SWORN CONFIRMS AND SAYS, THAT I AM THE CLAIMANT ABOVE AND MENTIONED THROUGHOUT THE CIVIL ACTION NUMBER

1:22-CV-06566-PKC-LB

THE NOTICE OF CLAIM HEREBY FILED ON THIS DAY OF 01/19/2023
SERVED BY CERTIFIED MAIL TRACKING NUMBER 7022-2410-0003-0117-0721 AND RECEIPT NUMBERS 9590-9402-7615-2122-9541-58

AUTHORIZED BY A
INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE FORM.

THIS IS AN AUTHENTIC COPY DECLARING MY FIRM INTENT TO PROCEED WITH THE FILING OF A CIVIL ACTION AGAINST THE CHIEF DEPUTY WARDEN OF O.B.C.C AND A.M.K.C JANE DOE'S.
BY SUBMITTING THIS AUTHORIZED CLAIM TO THE STATE OF THE COMPTROLL-ER OFFICE 110 STATE STREET, ALBANY NEW YORK 12236-0001. FROM THI-S DAY ON FURTHER!

*CLAIMANT YESSUH SUHYES HUSSEY

*SIGNATURE Yhussey

*SWORN TO ME ON THIS DAY 19 OF Jan. 23.

*SIGNATURE OF NOTARY _____

HELEN DANESI OSUMAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OS6404665
Qualified in Queens County
My Commission Expires 2/22/24

ATTACHMENT AND BRIEF OF THE INCIDENT.

CLAIMANT YESSUH SUHYES HUSSEY.

DEFENDANT CHIEF DEPUTY WARDENS OF O.B.CC AND A.M.K.C JANE DOE. AND JANE DOE.

DAY OF INCIDENT SEVERAL TIMES & PLACES.

TIME OF THE INCIDENT 24/7

THIS. IS EXACTLY WHAT HAPPENED THE BATHROOM, SHOWERS, AND TOILETS AND SLEEPING AREAS OF THE DORMS AND CELLS OF ALL HOUSING AREAS THAT I'VE BEEN ON RIKER ISLAND FOR EXAMPLE: (4 SOUTH WEST, 4 SOUTH, 3 NORTH, 1 WEST, 4 UPPER => O.B.C.C) AND (1 TOP, 3 TOP, 4 TOP, WEST 17 LOWER, AND 12 MOD A OF A.M.K.C) HAVE ALL BEEN UNHEALTHY IN GENERALLY & PERSONALLY SEVERELY BAD COMPARED TO THE QUALITY OF LIFE I WAS RAISED IN, IT IS AFFECTING MY HEALTH AND I HAVE ALWAYS TRIED TO BE CONSISTENT WITH CLEANING THE LISTED AREAS THAT I HAVE BEEN TO EVEN WITHOUT BEING PAID AND THE AMOUNT I GOT PAID FOR HOUSE DETAIL IS SIGNIFICANTLY LESS THAN MINIMUM WAGE. IN ADDITION TO LOST WAGES.

CLAIMANT YESSUH SUHYES HUSSEY CERTIFIES, SIGNS AND SAID THIS IS TRUE, SIGNATURE Yhussey.

DATE OF I YESSUH SUHYES HUSSEY SIGNATURE.

CLAIM TO COMPENSATION AMOUNT $10,000,000.00¢

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Yessuh Suhyes Hussey c/o Garfield Hussey
176 Clarkson Ave, Apt 5J
Brooklyn, NY 11226

2nd Address
c/o Jermaine Grant
329 1/2 Main Street
Laurel, Maryland 20707

### DEFENDANTS
Mario Salgado; PO Michael Gabriele 3344; PO AO's Partner Thomas Ward 21847

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se Plaintiff (see above)

Chen, J.
Bloom, M.J.

Attorneys *(If Known)*

**CV 23-2168**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

Does this action include a motion for temporary restraining order or order to show cause? Yes [ ] No [✓]

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [x] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983
Brief description of cause:
Civil Rights Complaint (Prisoner)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE PKC / LB
DOCKET NUMBER see attached for list of cases

DATE 2.16.2023
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE PKC MAG. JUDGE LB

# Select A Case

**Yessuh Suhyes Hussey is a plaintiff in 17 cases.**

| | | |
|---|---|---|
| [1:22-cv-06566-PKC-LB](#) | Hussey v. Department of Correction et al | filed 10/24/22 |
| [1:23-cv-00527-PKC-LB](#) | Hussey v. The City of New Yorks Police DepartmentCommunications Division Tape and Record Unit | filed 01/19/23 |
| [1:23-cv-00528-PKC-LB](#) | Hussey v. Salgado | filed 01/19/23 |
| [1:23-cv-00529-PKC-LB](#) | Hussey v. Highe School-George Wasting-House Voc & Tech High School et al | filed 01/19/23 |
| [1:23-cv-00530-PKC-LB](#) | Hussey v. Ward | filed 01/19/23 |
| [1:23-cv-00531-PKC-LB](#) | Hussey v. The New York Police Department & Precincts in Manhattan NY | filed 01/19/23 |
| [1:23-cv-00532-PKC-LB](#) | Hussey v. The New York City Police Departments & Precincts in Brooklyn | filed 01/19/23 |
| [1:23-cv-00534-PKC-LB](#) | Hussey v. Boyd | filed 01/19/23 |
| [1:23-cv-00535-PKC-LB](#) | Hussey v. Judge John T. Hetch of the Kings County Supreme Court | filed 01/19/23   closed 03/15/23 |
| [1:23-cv-01778-PKC-LB](#) | Hussey v. Ward | filed 02/16/23 |
| [1:23-cv-01779-PKC-LB](#) | Hussey v. Defense Attorney Ofiaherty Niamh P. | filed 02/16/23 |

| | | |
|---|---|---|
| [1:23-cv-01780-PKC-LB](#) | Hussey v. "John Doe" Licenses Plate # HLD 8446 of the owner Mazda, Vehicle | filed 02/16/23 |
| [1:23-cv-01781-PKC-LB](#) | Hussey v. Judge John T. Hetch | filed 02/16/23 |
| [1:23-cv-01783-PKC-LB](#) | Hussey v. SHTA Staff Lora et al | filed 02/16/23 |
| [1:23-cv-01784-PKC-LB](#) | Hussey v. The Owner of/at Duane Reade (Jane Doe / John Doe) et al | filed 02/16/23 |
| [1:23-cv-01785-PKC-LB](#) | Hussey v. Chief Deputy & Correction Officer Spiotta # 17495 et al | filed 02/16/23 |
| [1:23-cv-01786-PKC-LB](#) | Hussey v. The Driver of the 4 Train John Doe/Jane Doe et al | filed 02/16/23 |

# CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for_____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☑ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 1(c)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?        ☐  Yes      ☑  No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?        ☐  Yes      ☑  No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?        ☑  Yes      ☐  No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received: _____.

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?      ☐  Yes      ☐  No
(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐  Yes                    ☐  No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

☐  Yes   (If yes, please explain      ☐  No

I certify the accuracy of all information provided above.

**Signature**: _____

Last Modified: 11/27/2017