UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YESSUH SUHYES HUSSEY,

                                   Plaintiff,                      23-CV-02905 (PGG)(SN)

        -against-                                             ORDER

MARIO SALGADO, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 16, 2023, the Honorable Paul G. Gardephe referred this matter to my docket for general pretrial supervision. See ECF No. 14.

      On June 9, 2023, Plaintiff filed an Amended Complaint naming Mario Salgado, Officer Michael Gabriele, Shield # 3344, and Officer Thomas Ward, Shield # 21847. See ECF No. 11. Because of Plaintiff's pro se status, he is entitled to certain assistance in serving the defendants. Accordingly, first, under Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997), the Court ordered the New York City Law Department to ascertain the address of Defendant Mario Salgado and to provide that information to the Court within 60 days. See ECF No. 13. The New York City Law Department has not yet provided the Court with Defendant Salgado's address.

      Second, the U.S Marshal Service effected service on Defendant Michael Gabriele on August 10, 2023, and on Defendant Thomas Ward on August 21, 2023. Their responses to the Amended Complaint were, accordingly, due by August 17, 2023, and August 31, 2023, respectively. See ECF Nos. 17, 18. Neither Defendant has responded to the Amended Complaint and the time to do so has expired.

Accordingly, The Court directs the New York City Law Department to submit a letter updating the Court on these issues by September 22, 2023. That letter should include the last known business and personal address for service on Defendant Salgado or advise the Court if the City will accept service on his behalf. The letter should also include, if appropriate, a proposed deadline for Defendants Gabriele and Ward to respond to the Amended Complaint. These Defendants are warned that the failure to respond to the Amended Complaint may result in the entry of a default judgment.

The Clerk of Court is requested to mail this letter to the New York City Law Department.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 7, 2023
         New York, New York