UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YESSUH SUHYES HUSSEY,

                              **Plaintiff,**                         23-CV-02905 (PGG)(SN)

            -against-                                 **ORDER**

MARIO SALGADO, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 7, 2023, the Court issued an order noting that Plaintiff was released from New York City Department of Correction custody and directing Plaintiff to notify the Court of either his updated mailing address or his consent to electronic service of documents within 30 days. ECF No. 10. The Court mailed that order to Plaintiff's father and cousin at addresses provided by Plaintiff. ECF No. 7. To date, Plaintiff has not notified the Court of his current mailing address. Plaintiff is ordered to provide the Court with his mailing address by November 13, 2023. Plaintiff is warned that if he does not timely comply with this order, his case will be dismissed without prejudice.

        All other deadlines, including the deadline to file an answer, are ADJOURNED until further order of the Court.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       October 12, 2023
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/07/2023